# United States Court of Appeals
## For the First Circuit

---

No. 06-1456

MARY FLOR MORÓN-BARRADAS,

Plaintiff, Appellant,

v.

DEPARTMENT OF EDUCATION OF THE COMMONWEALTH OF PUERTO RICO,

Defendant, Appellee.

---

**ERRATA SHEET**

The opinion of this Court issued on May 24, 2007, is amended as follows:

On page 20, line 1, "July 15" should be replaced with "May 2"